**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

SUMMIT VIEW, LLC,　　　　　　　　　　Case No.: 8:19-bk-10111-MGW
　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　Debtor.

_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**CREDITOR FLORIDA DESIGN CONSULTANTS, INC.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the attorneys, Andy Dogali and Barbara U. Uberoi, of the law offices of Dogali Law Group, P.A., respectfully files this Notice of Appearance as counsel of record for creditor FLORIDA DESIGN CONSULTANTS, INC. and requests that copies of all briefs, motions, orders, and other papers be electronically served as follows:

**Andy Dogali, Esq.**
Dogali Law Group, P.A.
401 E. Jackson St., Ste. 1825
Tampa, FL 33602

**Primary E-mail:** buberoi@dogalilaw.com

**Secondary Emails:** lfair@dogalilaw.com, reception@dogalilaw.com

**Barbara U. Uberoi, Esq.**
Dogali Law Group, P.A.
401 E. Jackson St., Ste. 1825
Tampa, FL 33602

**Primary E-mail:** buberoi@dogalilaw.com

**Secondary Emails:** lfair@dogalilaw.com, reception@dogalilaw.com

**DOGALI LAW GROUP, P.A.**

/s/ *Barbara U. Uberoi*
Andy Dogali, Esq.
Fla. Bar No.: 0615862
Barbara Uberoi, Esq.
Fla. Bar No.: 0145408
401 East Jackson St., Suite 1825
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Primary Email: adogali@dogalilaw.com;
buberoi@dogalilaw.com
Secondary Emails: adogali@dogalilaw.com,
lfair@dogalilaw.com;

*Attorneys for Creditor Florida Design Consultants, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2020, I electronically filed the foregoing Notice of Appearance of Counsel for Florida Design Consultants, Inc. with the Clerk of the Court for the United States Bankruptcy Court, Central District of Florida, by using the CM/ECF system thereby serving all registered uses in this case, and on March 28, by U.S. Mail to all parties on the attached Local Rule 1007-2 Mailing Information Notice.

*/s/ Barbara U. Uberoi*
Barbara U. Uberoi, Esq.

# Mailing Information for Case 8:19-bk-10111-MGW

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Denise E Barnett**    denise.barnett@usdoj.gov
- **Jacob T Cremer**    jcremer@stearnsweaver.com
- **Alberto F Gomez**    al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com
- **Donald E Hemke**    dhemke@carltonfields.com, bwoolard@carltonfields.com;tpaecf@cfdom.net
- **David E Hicks**    tbyington@kelleykronenberg.com
- **John J Lamoureux**    jlamoureux@cfjblaw.com, delliott@cfjblaw.com;tpaecf@cfdom.net
- **Kristopher E. Pearson**    kpearson@stearnsweaver.com, rross@stearnsweaver.com;cgraver@stearnsweaver.com;larrazola@stearnsweaver.com
- **Darrin J Quam**    dquam@stearnsweaver.com, lwade@stearnsweaver.com
- **Mark F Robens**    mrobens.ecf@srbp.com, mrobens@srbp.com;srbpecf@srbp.com
- **J Michael Shea**    mike@jmichaelshea.com
- **J Michael Shea**    mshea@smlctampa.org, jshea1@tampabay.rr.com
- **Joseph F Southron**    joe@fourriverslaw.com
- **Scott A. Stichter**    sstichter.ecf@srbp.com, srbpecf@srbp.com
- **Barbara U Uberoi**    buberoi@dogalilaw.com, lfair@dogalilaw.com;reception@dogalilaw.com
- **United States Trustee - TPA**    USTPRegion21.TP.ECF@USDOJ.GOV
- **Brett T Williams**    bwilliams@wfmblaw.com
- **Mark J. Wolfson**    mwolfson@foley.com, crowell@foley.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Bruce Erhardt**
> Cushman & Wakefield of Florida, LLC
> 201 North Franklin Street
> Suite 3300
> Tampa, FL 33602-5163
>
> **Florida Design Consultants**
> 20525 Amberfield Dr
> Suite 201
> Land O Lakes, FL 34638
>
> **Donald E Hemke**
> Carlton Fields, P.A.
> P.O. Box 3239
> Tampa, FL 33601-3239

## [Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

## [List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.